# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D21-131

———————————————————

HANNAH YVONNE SPRINGER,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

———————————————————

On appeal from the Circuit Court for Alachua County.
William E. Davis, Judge.

September 23, 2021

PER CURIAM.

 AFFIRMED.

ROWE, C.J., and B.L. THOMAS and RAY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Jessica J. Yeary, Public Defender, Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.